THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Paul Scott, Appellant.
 
 
 

Appeal From Spartanburg County
J. Mark Hayes, II, Circuit Court Judge
Unpublished Opinion No. 2007-UP-415
Submitted October 1, 2007  Filed October
 8, 2007    
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia, Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Appellant, Paul Scott, pled guilty to assault and
 battery with intent to kill.  The trial judge sentenced him to fifteen years
 imprisonment.  Scotts
 counsel attached to the brief a petition to be relieved as counsel, stating
 that he had reviewed the record and concluded this appeal lacks merit.  Scott filed a separate pro se brief.  After a thorough review of the record
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 C.J., HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.